**KRONENBERGER ROSENFELD, LLP**
Jeffrey M. Rosenfeld (Bar No. 222187)
jeff@KRInternetLaw.com
Leah Rosa Vulić (Bar No. 343520)
leah@KRInternetLaw.com
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

California Counsel for Plaintiff
Tauhidah Neal

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAUHIDAH NEAL**, <br><br> Plaintiff, <br><br> v. <br><br> **JAMROCK PRODUCTIONS, LLC**, <br><br> Defendant. | Case No. 2:22-mc-00116 <br><br><br> **PLAINTIFF TAUHIDAH NEAL'S APPLICATION FOR THE ISSUANCE OF A SUBPOENA BY THE CLERK OF COURT** <br><br> **[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH** |

**APPLICATION FOR ISSUANCE OF SUBPOENA**

Plaintiff Tauhidah Neal, Plaintiff in U.S. Trademark Trial and Appeal Board Opposition Proceedings Nos. 91256162 and 91256144, by and through undersigned counsel and pursuant to 35 U.S.C. §24, hereby respectfully moves this Court for entry of an order directing the Clerk of Court for the United States District Court for the Central District of California to issue a subpoena to testify at a deposition in a civil action and for production of documents, electronically stored information, or objects to non-party George Ricky Riker, 1023 10th St., Manhattan Beach, CA 90266, in the form attached hereto as **Exhibit A**.

**WHEREFORE**, Tauhidah Neal hereby respectfully requests the Court **GRANT** the instant Application.

A [proposed] order is attached for the Court's convenience.

Respectfully Submitted,

DATED: June 10, 2022          **KRONENBERGER ROSENFELD, LLP**


By:   s/ Leah Rosa Vulić
                    Leah Rosa Vulić

California Counsel for Plaintiff